**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

DARRELL GRIMES,                              )
                                             )
                    Petitioner,              )
v.                                           )          No. 1:05-cv-1401-SEB-VSS
                                             )
STANLEY KNIGHT, Superintendent,              )
                                             )
                    Respondent.              )


# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**



SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Date: ___02/28/2006___



Copies to:

Darrell Grimes
DOC #884260
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770